## 26842. BRICE *v.* THE STATE.

GUERRY, J. The defendant was convicted of operating and maintaining a lottery. The evidence was wholly circumstantial, and was not sufficient to exclude every hypothesis save the guilt of the accused. The judge erred in overruling the motion for new trial.

*Judgment reversed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 7, 1938.

*Ed Wohlwender Jr.,* for plaintiff in error.
*J. R. Thompson Jr., solicitor,* contra.